# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## CASE NO.: 1:18-cv-03751-WMR

TOM HUSSEY PHOTOGRAPHY, LLC,

      Plaintiff,

v.

COOL MOM PICKS LLC,

      Defendant.

## **STIPULATION OF SETTLEMENT**

Plaintiff TOM HUSSEY PHOTOGRAPHY, LLC and Defendant COOL MOM PICKS LLC, by and through their undersigned counsel, hereby stipulate to the Court that the parties have reached a settlement and request until February 25, 2019 in which to file a Stipulation of Dismissal.

Dated:  January 28, 2019

| | |
|---|---|
| */s/Joel B. Rothman* | */s/ Andrew J. Wilson* |
| JOEL B. ROTHMAN | ANDREW J. WILSON |
| Georgia Bar No. 979716 | Georgia Bar No. 737599 |
| joel.rothman@sriplaw.com | andy@wilsonlegalservices.com |
| | |
| **SRIPLAW** | **WILSON LEGAL SERVICES LLC** |
| 21301 Powerline Road | 525 Allen Road |
| Suite 100 | Atlanta, GA 30324 |
| Boca Raton, FL 33433 | 404-408-7137 - Telephone |

2

561.404.4350 – Telephone
561.404.4353 – Facsimile

- Facsimile

*Counsel for Plaintiff Tom Hussey Photography, LLC*

*Counsel for Defendant Cool Mom Picks LLC*

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that on January 28, 2019, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Joel B. Rothman*
Joel B. Rothman

### SERVICE LIST

Mr. Andrew J. Wilson
Wilson Legal Services LLC
525 Allen Road
Atlanta, GA 30324
andy@wilsonlegalservices.com
Attorney for Cool Mom Picks LLC

2